**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 25 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS ROBERTO MARTINEZ, | No. 08-56083 |
| Petitioner - Appellant, | D.C. No. 2:05-cv-04057-DSF |
| v. | |
| DARREL G. ADAMS, Warden, | MEMORANDUM [*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted January 11, 2010 [**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

California state prisoner Luis Roberto Martinez appeals from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition.  We have

jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SMS/Research

Martinez contends his trial counsel was ineffective for failing to conduct an adequate investigation and present evidence concerning the defense of third-party culpability. The record reflects that the state court's rejection of this claim was neither contrary to, nor an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d)(1); *Strickland v. Washington*, 466 U.S. 668 (1984).

**AFFIRMED.**